**CHARLES J. DeHART III**
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA 17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com

January 12, 2010

Clerk, U.S. Bankruptcy Court

RE: Syed M. Jaffery & Amtul Raheem
    Bankruptcy Case No. 1-09-08749
    Unclaimed Funds For: Syed M. Jaffery & Amtul Raheem
        7991 Shank Hess Rd.
        Waynesboro PA 17268

Dear Clerk:

    Enclosed herewith please find check No. 1006057 for $600.00 drawn on the Fulton Bank representing unclaimed funds for the debtor in the above-referenced bankruptcy.

    Should you have any questions or concerns regarding this matter, please feel free to contact our office.

                        Very truly yours,

                        /s/ Carol A. Kreider

                        Carol A. Kreider
                        Funds Manager

FILED
HARRISBURG, PA.
2011 JAN 13 AM 8:04
CLERK U.S. BANKRUPTCY COURT